U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
FEB - 1 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:16-cr-00007 JM |
| v. ) | |
| ) | 18 U.S.C. § 1341 |
| TIMOTHY GILMER ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

#### A. BACKGROUND

It is material to this Information:

1. On or about May 27, 2003, the defendant, TIMOTHY GILMER, was hired by American Management Corporation (AMC) as an Information Systems Manager, which gave him authority to approve certain invoices.

2. In or about 2008, First Mercury Insurance Company acquired AMC, and in or about 2011, Crum and Forster acquired First Mercury Insurance Company.

#### B. THE CHARGE

From in or about January 2008, through on or about June 28, 2011, in the Eastern District of Arkansas and elsewhere, the defendant,

TIMOTHY GILMER

with the intent to defraud, devised and participated in a scheme to defraud and obtain money and property by means of false and fraudulent pretenses and representations.

#### C. THE SCHEME

It was a part of and in furtherance of the scheme that the following occurred:

1. Between January 2008 until on or about June 16, 2011, TIMOTHY GILMER created and submitted fraudulent invoices, from a fictitious company he created named Revelation Technology, Inc.

2. TIMOTHY GILMER approved the invoices for payment, and the invoices were forwarded via email by AMC to First Mercury Insurance for payment.

3. Checks were mailed from Southfield, Michigan via the United States Postal Service to Revelation Technology, Inc., P.O. Box 6291, Sherwood, AR 72124, a post office box controlled by TIMOTHY GILMER, as payment for the invoices.

4. A total of 46 fraudulent invoices were submitted by TIMOTHY GILMER, causing 43 checks to be mailed, for a loss of $324,467.39.

5. TIMOTHY GILMER deposited the checks into an account controlled by him.

## D. THE MAILING

On or about December 10, 2010, in the Eastern District of Arkansas, the defendant,

### TIMOTHY GILMER,

for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud, knowingly caused check number 5190 in the amount of $16,944.37 to be delivered by United States Mail according to the directions thereon from Southfield, Michigan to P.O. Box 6291, Sherwood, AR 72124.

All in violation of Title 18, United States Code, Section 1341.

CHRISTOPHER R. THYER
United States Attorney

*/s/ Stephanie Mazzanti*
STEPHANIE MAZZANTI
AR Bar Number 2006298
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail:   stephanie.mazzanti@usdoj.gov